

RECEIVED
MAR 2 8 2023
U.S.C.A. 3rd. CIR

In Forma Pauperis                                    § 101:1

§ 101:38   Attorney's affidavit in support of motion for leave to
           proceed in forma pauperis
§ 101:39   Motion to dispense with printing of record

## I.   UNITED STATES COURTS OF APPEALS

**Research References**

*Text References*

Purver & Taylor, Handling Criminal Appeals §§ 24, 34, 48, 50, 53
Rhodes, Orfield's Criminal Procedure Under the Federal Rules (2d
    ed.) § 44:26
LaFave, Israel, et.al., Criminal Procedure (2d ed.) § 11.2
Federal Criminal Appeals § 6.6

*West's Digest References*

West's Key Number Digest, Criminal Law ⚖1077 to 1077.3

*Annotation References*

A.L.R. Index: Appeal and Error; Poor Persons
Determination of indigency of accused entitling him to transcript or
    similar record for purposes of appeal, 66 A.L.R. 3d 954
Appealability of federal court order denying motion for appointment
    of counsel for indigent party, 67 A.L.R. Fed. 925

*Statutory References*

Fed. R. App. P. 24, 30(f)
18 U.S.C.A. § 3006A

*Tysheed Davis SCI Dallas*

§ 101:1   **Notice of motion for assignment of counsel**   *2:22 - CU-04598 - GEKP*
          **and granting leave to appeal** *in forma*
          *pauperis*—**federal**[1]

[Caption]

PLEASE TAKE NOTICE that upon the duly verified peti-
tion of _____ and upon all the proceedings had herein, a
motion will be made at a term of the _____ Court, held at
the United States District Courthouse, *[Street Address, City,
State],* on *[date]* at _____ *[a.m./p.m.],* for the following
relief:

---

[Section 101:1]
[1]See:

*Douglas v California* (1963) 372 US 353, 9 L Ed 2d 811, 83 S Ct 814,
reh den 373 US 905, 10 L Ed 2d 200, 83 S Ct 1288 (indigent must be af-
forded counsel on appeal).

Fed. R. App. P. 24(a).

©West Group, 9/2000                                    101-3

1. That an Order issue granting assignment of counsel.

2. That an Order issue granting leave to appeal *in forma pauperis* and permitting the appeal herein to be heard on the original papers in the Court below without printing the same, and upon typewritten copies of the points of appeal.

3. That an Order issue granting a reasonable extension of time in which to perfect the appeal herein; and for such other and further relief as to the Court may seem just and proper.

Dated: _____               _____ *[Signature]*
                             *[Name of Attorney]*
                             Attorney for Appellant

TO: HON. _____
     United States Attorney

### § 101:2   Defendant's affidavit in support of motion for assignment of counsel and granting leave to appeal *in forma pauperis*—federal[1]

*[Caption]*

_____, being duly sworn, deposes and says:

1. I am the Defendant—Appellant in the above-entitled case. I make this motion for an Order granting assignment of counsel, granting leave to appeal *in forma pauperis*, and for an Order permitting the appeal herein to be heard on the original papers on file in the Court below, without printing the same, and upon typewritten copies of Appellant's points on appeal, and for an Order granting a reasonable extension of time in which to perfect the appeal herein.

2. On *[date]*, I was adjudged in civil contempt by the Honorable _____ in the United States District Court for the _____ District of _____.

3. I was ordered committed to the Federal Detention Headquarters located at *[Street Address, City, State]* until such time as I purged myself of said contempt. I was taken into custody by the United States Marshal for the _____

---

[Section 101:2]
[1]See:
Fed. R. App. P. 24(c).

US POSTAGE PITNEY BOWES

ZIP 18612 $ 000.60
02 4W
0000385735 MAR 22 202

INMATE MAIL

Clerk of Court, EDPa Jaw A. Byrne
U.S. Courthouse Room 2609 601.
Market Street Philadelphia, PN, 19106.

Smart Communications/PADOC
SCI-Dallas

NAME  Tysheed Davis

NUMBER  # QP-2212

SCI-DALLAS
1000 Follies Road
Dallas, PA  18612

RECEIVED
MAR 27 2023

19106$2003